IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN CALDWELL, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:25CV614–HEH
)
COMMONWEALTH OF VIRGINIA, )
)
    Respondent. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a Maryland inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition ("§ 2241 Petition," ECF No. 1), challenging the Commonwealth of Virginia's refusal to extradite Petitioner for pending charges in Loudoun County under the Interstate Agreement on Detainer's Act. Petitioner currently has another petition for a writ of habeas corpus pending before this Court wherein he challenges the same pending charges, and his brief appears to be identical in both cases. *See Caldwell v. Virginia*, No. 3:25CV503 (E.D. Va. filed July 7, 2025). Accordingly, by Memorandum Order entered on August 22, 2025, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to show good cause why the present petition should not be dismissed without prejudice to Petitioner's litigation of his claims currently pending in *Caldwell v. Virginia*, No. 3:17CV503. The Court explained that a failure to comply with the Court's directive would result in summary dismissal of the action.

More than thirty (30) days have elapsed, and Petitioner has not filed a response. Accordingly, Petitioner's § 2241 Petition and the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Sept 25, 2025
Richmond, Virginia